UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDIE BROWDER,

      **Plaintiff,**

vs.                                                   Case No. 8:06-CV-2291-T-27TBM

**MICHAEL AUDETTE, et al.,**

      **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge on Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2), recommending that the motion be denied and that the action be dismissed as frivolous (Dkt. 5). No party has filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1)     The Report and Recommendation (Dkt. 5) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)     Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

3)     All other pending motions are **DENIED** as moot and the case is **DISMISSED** with prejudice. The Clerk is directed to close the case.

**DONE AND ORDERED** in chambers on this 16th day of January, 2007.

                                               JAMES D. WHITTEMORE
                                               United States District Judge

Copies to: Counsel of Record